IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BENNIE ROBLEDO,

    Petitioner,

vs.                                  CASE NO.: 5:10-cv-231-SPM/EMT

EDWIN G. BUSS,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 25) that the case be dismissed pursuant to the Respondent's notification that the Petitioner is deceased. The Parties were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1.    The Magistrate Judge's Report and Recommendation (doc. 25) is *adopted* and incorporated by reference in this order.

2.    The case is *dismissed as moot.*

3.    The clerk is directed to close the file.

DONE AND ORDERED this twelfth day of July, 2011.

                            *s/ Stephan P. Mickle*
                            Stephan P. Mickle
                            Senior United States District Judge